AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2011

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
$13,529.82 held in TD Ameritrade Account No. )   Case No. **11-MC-0053** KMT
862114270, in the name of Western Pulmonary and )
Critical Care Associates )

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ Nebraska _____ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981__ *(describe the property)*:

$13,529.82 held in TD Ameritrade Account No. 862114270, in the name of Western Pulmonary and Critical Care Associates

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Patrick J. Kramer*
Applicant's signature

Patrick T. Kramer, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-28-11

City and state: Denver, CO

*Judge's signature*

KATHLEEN M. TAFOYA
United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Patrick T. Kramer, being duly sworn, hereby state:

## INTRODUCTION

1.  I am a Special Agent (SA) of the Federal Bureau of Investigation and have been so employed since April 2002. I am currently assigned to the Denver Division of the FBI where I work on the White Collar Crime Squad at the Denver Field Office. My investigative responsibilities consist of Health Care Fraud, Bank Fraud and Mortgage Fraud matters which frequently involve violations of federal mail fraud and wire fraud statutes, including identity theft. I have been assigned to the Denver Division since February 2008. I was previously assigned to the San Juan, Puerto Rico Division, Ponce Resident Agency, of the FBI where I investigated money laundering matters pursuant to criminal street gang and violent crime investigations.

2.  As a Special Agent with the FBI, your affiant's duties and responsibilities include conducting criminal and civil investigations into violations of various federal statutes codified in the Federal Criminal Code and Rules, including investigating individuals and businesses who participate in billing government-sponsored health care programs and have violated federal health care statutes.

3.  This affidavit is based on your affiant's personal observations and analysis, the observations and analysis of SA Charles Klein of the United States Department of Health and Services, Office of the Inspector General, interviews conducted, review of documents and information obtained from federal contractors involved in processing and paying Medicare

1

claims and ensuring Medicare program integrity, and other investigative activities, all as described below.

## **PURPOSE OF AFFIDAVIT AND PROPERTY TO BE SEIZED**

4. The facts presented below are submitted in support of an application for a seizure warrant for $13,529.82 held in TD Ameritrade account number 862114270 in the name of Western Pulmonary and Critical Care Associates/Attn: Robert Berg.

## **BACKGROUND OF MEDICARE PROGRAM**

5. The Medicare program is a federally funded health insurance program. Congress established the Medicare program in 1965 as Title XVIII of the Social Security Act. The Centers for Medicare and Medicaid Services (CMS), an agency of the U.S. Department of Health and Human Services, administers the Medicare program. Medicare consists of Part A (hospital insurance) and Part B (supplemental medical insurance). Medicare Part A provides coverage for inpatient hospitalization, skilled nursing facilities, and home health care. Medicare Part B provides coverage for medical services and supplies typically delivered in an outpatient setting, including services rendered by physicians, psychiatrists and psychologists, as well as physical, speech, respiratory, and occupational therapists. Medicare Part B also covers laboratory testing and services ordered by authorized health care providers.

6. The benefits covered by the Medicare Part B Program include medical and other health services as provided under 42 U.S.C. § 1395k(a)(2)(B) and as defined by 42 U.S.C.§ 1395x(s).

7. Reimbursement for Medicare claims is made by the United States through the U.S. Department of Health and Human Services (HHS). HHS, through CMS, assigns the task of

paying Part B claims from the Medicare Trust Fund to private insurance carriers pursuant to 42 U.S.C. § 1395u.  CMS contracts with private insurance organizations to process and pay Medicare claims and conduct program integrity activities.

8. TrailBlazer Health Enterprises is the contractor which processes claims for Colorado Medicare Part A and Part B services.  hey were formerly called the Part B Carrier, but are now designated as the Medicare Administrative Contractor (MAC).  TrailBlazer makes payments to Medicare providers for reasonable and necessary medical services from federal funds allocated for that purpose.  Health Integrity is one of several Zone Program Integrity Contractors (ZPIC) hired by CMS to perform Medicare program integrity functions, including support to HHS/OIG/OI relating to allegations of fraud, waste or abuse within the Medicare program.

9. Medical and other health services are reimbursable under Part B of the Medicare Program if the services provided are determined to be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  Medicare regulations impose a duty on any person or company seeking reimbursement not to make false statements or misrepresentations of material facts concerning requests for payment under Medicare.

10. When a provider submits electronic or paper claims to CMS for payment on a Health Insurance Claim Form they attest by their signature to the following:

*"I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as*

3

*otherwise expressly permitted by Medicare regulations. NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws."*

## MEDICARE FRAUD SCHEME: MEDICAL PROVIDER ID THEFT

11. Based on the information stated below, your affiant respectfully submits there is probable cause to believe that unknown individual(s) have stolen the identity of Dr. Robert N. Berg who lives at 8823 Blue Creek Road, Evergreen, CO 80439. The unknown individual(s) have submitted at least $110,567.69 worth of fraudulent Medicare billings and have been paid $110,567.69. By submitting fraudulent claims for medical services to the Medicare program, the unknown individual(s) have engaged in a health care fraud scheme to commit the following offenses, among others: 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1343 (Wire Fraud).

12. Your affiant is aware of a common fraud scheme which is currently being used to steal money from the Medicare program, termed "Medical Provider Identity Theft." Medical Provider ID Theft generally occurs when criminals use the medical provider number of a legitimate doctor or other provider without that provider's knowledge or consent to submit fraudulent claims to a health insurance provider. In this case, unknown individual(s) have filed fraudulent documentation with Trailblazer Health Enterprises, the Medicare Administrative Contractor (MAC) for Colorado. The fraudulent documentation that was filed is called an Electronic Funds Transfer (EFT) Authorization Agreement which changes the pay-to information on all future Medicare payments for claims. The effect of this fraudulent EFT agreement is that

all payments that Medicare makes to a legitimate doctor or provider are redirected, and instead paid to the subjects behind the fraud scheme. By filing this fraudulent document, the unknown individuals have redirected the payments for services that were supposed to be made to the legitimate physician into their own bank accounts.

13.     On 02/24/2011, HHS Special Agent Charles Klein received a telephone call from Attorney Ellen Stewart of the law firm Berenbaum, Weinshienk PC. Ms. Stewart related that she had a client named Dr. Robert Berg who was semi-retired and currently living out of the United States. She informed SA Charles Klein that Dr. Berg has not performed any services on Medicare beneficiaries since December of 2009, and has not submitted any claims for services to Medicare since that time. Ms. Stewart further related the following:

14.     Since Dr. Berg is currently living outside of the United States for an extended period of time, he arranged for a family member to pick up his mail and care for his home in Evergreen, CO. The family member caring for his home electronically scanned his mail and sent it to him via e-mail.

15.     While reading some of his mail from January 2011, Dr. Berg noticed that Trailblazer Health Enterprises was sending him remittance notices for services that he allegedly performed from about February of 2010 through June of 2010. A remittance notice is a document which explains in detail what services were billed to the Medicare program, the services performed by the provider, the names of the Medicare beneficiaries treated, and how much the provider is to be paid for the claims. Dr. Berg immediately recognized a problem with the remittances since he did not treat any Medicare beneficiaries during 2010, and was not familiar with any of the names of the Medicare beneficiaries on the remittances. He observed

that by adding up the amounts of all of the remittances, that Medicare had paid over $80,000.00 worth of services under his provider number.

16. In the past, Dr. Berg has always received paper checks from Medicare at a Post Office Box specifically used for that purpose. Since he has been out of the country, he asked a trusted individual to check the P.O. Box for him to see if Medicare had sent any paper checks to him. It was verified that Dr. Berg did not receive any checks from Medicare or other sources.

17. Dr. Berg immediately contacted Trailblazer Health Enterprises to report the fraudulent Medicare billings. He was told by a Trailblazer employee that an Electronic Funds Transfer (EFT) Authorization Agreement had recently been submitted under his name with his signature. The EFT changed the payment information for all future Medicare payments so that they would be direct deposited into a TD Ameritrade checking account (number 7402868983). Additionally, Dr. Berg was told that there were over $100,000 worth of claims that had been recently billed under his provider number during the first half of 2010. Dr. Berg verified that he did not complete any services in 2010 and did not bill Medicare for any services during this time.

18. On 02/24/2011, HHS SA Charles Klein contacted Trailblazer Health Enterprises for the purpose of terminating payments for Dr. Berg's Medicare provider number and spoke to an employee named Jennifer Roberts. Ms. Roberts told SA Klein that Medicare had paid approximately $110,567.69 worth of claims under Dr. Berg's provider number and was scheduled to make an additional payment of $16,000.00. Ms. Roberts informed SA Klein that all of the Medicare beneficiaries for whom services were recently billed, were now deceased. Whoever submitted the fraudulent claims must have had knowledge of this because the services

were dated shortly before the date of death (otherwise the Medicare payment system would have automatically denied these services). Ms. Roberts said that she could not place a payment stop on the account unless she had a written letter from someone at Health Integrity.

19. On 02/24/2011, SA Charles Klein telephoned Health Integrity and spoke to Investigator Tracy Hunt. SA Klein requested that Investigator Hunt write a letter to Trailblazer directing them to stop payments to this account. Trailblazer agreed to do so. SA Charles Klein also requested a copy of the EFT which Trailblazer had received which caused the Medicare payments to be re-directed to the TD Ameritrade account. SA Klein received this documentation on the same day. A review of the EFT Authorization Agreement showed that unknown individuals had forged the signature of Dr. Robert Berg and changed the payment information so that all future payments would be paid by direct deposit to TD Ameritrade, account number 7402868983.

20. On 02/25/2011, SA Charles Klein contacted Mike Rappe, the Senior Manager of the Financial Intelligence Unit for TD Ameritrade. Rappe said that the routing number for TD Ameritrade was 021912915, which matches the EFT Authorization Agreement. The checking account that was listed on the EFT Authorization Agreement was actually a brokerage account for TD Ameritrade under account number 862114270. This account is listed under the name of Western Pulmonary and Critical Care Associates/Attn: Robert Berg. Approximately $100,000.00 had been direct deposited into this account from Medicare Part B. This account was opened as a foreign account which means that a passport would have been used to open it. Funds received from Medicare Part B deposited into account number 862114270 were then transferred directly over to three other TD Ameritrade accounts including account number 757555120 under

the name of Daniel Glass; account number 862392280 under the name of Robert Berg; and account number 757424412 under the name of Arthur R. Peterson. Additionally, Rappe said that all of these accounts had been accessed from computer IP addresses from several different countries including Argentina, Switzerland, Germany and France. The same individuals at these IP addresses have accessed account number 756527617 as well. Though no money has yet been transferred into account number 756527617, the individual who opened this account used the exact same photograph on their passport as the subsequent individual who opened up account 757424412 under the name of Arthur R. Peterson. Upon examination, it was obvious to the TD Ameritrade employees that the passports used on both of these accounts were fraudulent since both of these passports had the exact same photograph on the passport with different identifying information. Rappe said that all five of the above listed TD Ameritrade accounts contained a total of $98,932.02.

21. Based on the facts set forth herein, there is probable cause to believe that false and fraudulent claims have been submitted to Medicare in the name of Dr. Robert Berg and Western Pulmonary and Critical Care Associates for services not rendered or not medically necessary, in violation of 18 U.S.C. § 1347, and that unknown individual(s) have received in excess of $110,567.69 from Medicare on these claims via wire transfer, in violation of 18 U.S.C. § 1343.

22. 18 U.S.C. § 981(a)(1)(C) provides for the forfeiture of:

> Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of ...any offense constituting "specified unlawful activity" as defined in section 1956(c)(7) or a conspiracy to commit such offense.

18 U.S.C. § 1956(c)(7)(F) identifies as a "specified unlawful activity ... any act or activity

8

constituting an offense involving a Federal health care offense." Likewise, 18 U.S.C. § 1956(c)(7)(A), identifies, as specified unlawful activity, "any act or activity constituting an offense listed in section 1961(1)" - a list which, in turn, includes violations of 18 U.S.C. § 1343.

23. Based on the facts contained herein, on March 3, 2011, United States Magistrate Judge Kathleen M. Tafoya signed a seizure warrant authorizing the seizure of all funds up to $110,567.69 held in TD Ameritrade accounts 862114270, 757555120, 862392280, 757424412, 75627617, and 7402868983 (Case No. 11-mc-00016-KMT). Your affiant and SA Charles Klein served the seizure warrant upon TD Ameritrade the same day via facsimile.

24. On March 14, 2011, the Denver FBI received a UPS Express Envelope from TD Ameritrade which contained four (4) checks totaling $110,541.43 from the seized accounts.

25. On April 21, 2011, your affiant contacted Investigator Evan Saliny at TD Ameritrade to inquire whether additional funds had been deposited into any of the seized accounts. Saliny advised that on March 9, 2011, account 862114270 in the name of Western Pulmonary and Critical Care Associates received a deposit of $13,529.82 from Trailblazer (Medicare Part B). As of April 21, 2011, the account balance was $13,529.82, and the account remains frozen. Nobody has since contacted TD Ameritrade in an attempt to withdraw the money.

26. On June 9, 2011, SA Klein received claims from Health Integrity pertaining to Western Pulmonary and Critical Care Associates. As a result of the fraudulently billed claims, the total amount paid to Western Pulmonary and Critical Care Associates from Trailblazer was $136,954.96 up to April 29, 2011.

27. In light of the above, there is also probable cause to believe that the remaining $13,529.82 in TD Ameritrade account 862114270 constitutes or is derived from proceeds traceable to a violation of a Federal health care offense, and wire fraud in violation of 18 U.S.C. § 1343, and is therefore subject to seizure and forfeiture to the United States Government pursuant to 18 U.S.C. § 981(a)(1)(C) and (b)(1).

28. Furthermore, 18 U.S.C. § 984 provides that the government need not identify the specific property involved in an offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

29. In consideration of the foregoing, your affiant requests that this Court issue an application for a seizure warrant, authorizing the seizure of all funds up to $13,529.82 held in TD Ameritrade account 862114270 in the name of Western Pulmonary and Critical Care Associates.

Dated June 28, 2011.

Patrick T. Kramer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 28th day of June 2011.

United States Magistrate Judge