**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
### See D.C.COLO.LCivR 40.1

Case number of action being filed: **11-MC-0053**

Case number of claimed related pending case in this court: 11-mc-00016-KMT

Judge assigned to claimed related case: Magistrate Kathleen M. Tafoya

Type of action of claimed related case: Seizure Warrant

Status of claimed related pending case: Seizure Warrant executed on March 3, 2011

State reasons the new case is claimed to be related to a pending case(s): Same facts and individuals involved in both cases; this is a follow-up seizure warrant

Martha A. Paluch                             Plaintiff
Attorney                                     Party

June 22, 2011
Date

(Rev. 11/04)