AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2011 JUL -1  AM 11:55

GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
$13,529.82 held in TD Ameritrade Account No. )   Case No. 11-MC-0053-KMT
862114270, in the name of Western Pulmonary and )
Critical Care Associates )

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Nebraska_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
$13,529.82 held in TD Ameritrade Account No. 862114270, in the name of Western Pulmonary and Critical Care Associates

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   7-12-11
(Not to exceed 10 days)

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ____**KATHLEEN M. TAFOYA**_____.
*United States Magistrate Judge (name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued: 6-28-11 @ 10:20am   _____[signature]_____
                                             *Judge's signature*

City and state: Denver, CO                   **KATHLEEN M. TAFOYA**
                                             United States Magistrate Judge
                                             *Printed name and title*

AO 109 (Rev. 01/09)  Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: 11-MC-0053-KMT | Date and time warrant executed: 06/28/2011  11:11 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: <br><br> TD Ameritrade will issue a check in the name of US Marshals to the FBI as follows: <br><br> Account 862114 270 - Western Pulmonary - $13,529.82 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 1, 2011

*Patrick J. Kramer*
Executing officer's signature

Patrick T. Kramer, Special Agent FBI
Printed name and title

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO